■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL SITO, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated December 7, 1976, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. There was ample proof to support the conclusion of respondent that petitioner was guilty of certain misconduct and that he had violated substantial requirements of the conditions of his parole, thus justifying its revocation. There is

no absolute right to have counsel assigned to aid a person in determining whether to waive a preliminary hearing (see *People ex rel. Calloway v Skinner,* 33 NY2d 23). Martuscello, Acting P. J., Latham, Cohalan, Damiani and Hawkins, JJ., concur.